ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>HECTOR MEJIA-VELAZQUEZ,<br>LLOYD LISTER,<br><br>      Defendants. | CASE NOS. 2:25-MJ-149-SCR<br>      2:25-MJ-150-SCR<br><br>ORDER TO FILE REDACTED COPY OF COMPLAINTS |

The government's motion to unseal the above-referenced cases and file a redacted copy of the sealed complaints and affidavits is GRANTED.

Dated: October 22, 2025

                  _____
                  CAROLYN K. DELANEY
                  UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO FILE REDACTED COPY OF
COMPLAINT